■ In the Matter of the Estate of ESTHER C. MORAN, Deceased. MARJORIE BRIGANDI, Appellant; VIRGINIA M. CROSBY et al., Respondents. (Appeal No. 1.) [690 NYS2d 474] —Appeal from order insofar as it denied reargument unanimously dismissed (*see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984) and order affirmed without costs. (Appeal from Order of Monroe County Surrogate's Court, Ciaccio, S.—Recusal.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.